**HOGAN LOVELLS CADWALADER LLP**
Amber Trincado (Bar No. 260186)
Sneha Banerjee (Bar No. 339739)
4 Embarcadero Center, Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
amber.trincado@hlc.com
sneha.banerjee@hlc.com

Jon M. Talotta (*pro hac vice* forthcoming)
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
jon.talotta@hlc.com

*Attorneys for Defendant BeenVerified, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERIF SHERIF, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BEENVERIFIED, LLC., a Delaware Limited Liability Company; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 4:26-cv-01506-JST<br><br>Action Filed: February 20, 2026<br><br>**DEFENDANT BEENVERIFIED, LLC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: December 10, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6– 2nd Floor<br><br>*[Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of S. Banerjee, and [Proposed] Orders filed concurrently herewith]* |

# REQUEST FOR JUDICIAL NOTICE

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Evidence 201, Defendant BeenVerified, LLC., ("BeenVerified") or ("Defendant"), hereby respectfully request the Court take judicial notice of BeenVerified's website at https://www.beenverified.com/. Screenshots derived from the website are attached as **Exhibit A** to the Declaration of Sneha Banerjee, filed concurrently in support of this Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure ("FRCP"). True and correct copies of screenshots from Defendant's website include the following:

- https://www.beenverified.com/about/, as it appears on July 14, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶ 1)
- https://www.beenverified.com/, as it appears on August 12, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶ 2), (Ex. A, ¶ 3), (Ex. A, ¶ 4), (Ex. A, ¶ 5),
- https://www.beenverified.com/lp/a19763/2/loading, as it appears on July 14, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶¶ 6-8)
- https://www.beenverified.com/lp/a19763/3/building-report, as it appears on July 14, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶¶ 9-10)
- https://www.beenverified.com/lp/a19763/4/subscribe?hide-fcra=true, as it appears on July 14, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶ 11)
- https://www.beenverified.com/faq/privacy/, as it appears on July 14, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶¶ 13-18)
- https://www.beenverified.com/faq/, as it appears on July 14, 2026. *See* S. Banerjee Decl. ¶ 2 (Ex. A, ¶ 19)

The Court may take judicial notice of documents incorporated in the complaint by reference. *See, e.g., Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 569 n.13 (2007) ("the District Court [is] entitled to take notice of the full contents of the published articles referenced in the complaint, from which [ ] truncated quotations [are] drawn."); *see Tellabs, Inc. v. Makor Issues &*

*Rts., Ltd.,* 551 U.S. 308, 322 (2007) ("courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, *in particular, documents incorporated into the complaint by reference*, and matters of which a court may take judicial notice") (emphasis added); *see also Venture Assocs. Corp. v. Zenith Data Sys. Corp.*, 987 F.2d 429, 431 (7th Cir. 1993) ("Documents that a defendant attaches to a motion to dismiss are considered part of the pleadings if they are referred to in the plaintiff's complaint and are central to her claim."). This includes taking judicial notice of facts that are "not subject to reasonable dispute" either because they are "(1) generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

**Exhibit A** to the Declaration of Sneha Banerjee, filed concurrently herewith, is a true and correct copy of BeenVerified's publicly available webpage. Judicial notice is appropriate because (1) Defendant's website is central to Plaintiff's Complaint, see FAC. ¶¶ 1–17; (2) the webpage is publicly accessible and generally known; and (3) its contents can be accurately and readily determined by visiting https://www.beenverified.com/. *See* Fed. R. Evid. 201(b).

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of **Exhibit A** attached to the Declaration of Sneha Banerjee in deciding the Motion to Dismiss First Amended Complaint.

Dated: August 14, 2026

**HOGAN LOVELLS CADWALADER US LLP**

By: /s/ Amber Trincado
Amber Trincado (Bar No. 260186)
Sneha Banerjee (Bar No. 339739)
4 Embarcadero Center, Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
amber.trincado@hlc.com
sneha.banerjee@hlc.com

Jon M. Talotta (*pro hac vice* forthcoming)
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
jon.talotta@hlc.com

*Counsel for Defendant BeenVerified, LLC*